UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT PRESLEY, et al., <br><br> Defendants. | Case No.: 1:20-cv-00620 NONE JLT <br><br> ORDER CONTINUING SCHEDULING CONFERENCE |

The plaintiff filed this action on April 30, 2020 (Doc. 1). The same day, the Court issued the summonses (Doc. 4) and the order setting the mandatory scheduling conference (Doc. 3). The plaintiff has returned only one executed summons (Doc. 5). The order setting the mandatory scheduling conference reads,

> The Court is unable to conduct a scheduling conference until defendants have been served with the summons and complaint. Accordingly, plaintiff(s) shall diligently pursue service of summons and complaint and dismiss those defendants against whom plaintiff(s) will not pursue claims. Plaintiff(s) shall promptly file proofs of service of the summons and complaint, so the Court has a record of service. Counsel are referred to F.R.Civ.P., Rule 4 regarding the requirement of timely service of the complaint Failure to timely serve the summons and complaint may result in the imposition of sanctions, including the dismissal of unserved defendants.

Doc. 3 at 1. Therefore, the Court ORDERS:

1. The scheduling conference is CONTINUED to September 14, 2020 at 8:30 a.m.

2. Plaintiff SHALL file proof of service of this action no later than August 7, 2020.

1

The plaintiff is advised that the failure to comply with the Court's orders will result in a recommendation that the matter be dismissed.

IT IS SO ORDERED.

Dated: **July 13, 2020**              /s/ Jennifer L. Thurston
                                      UNITED STATES MAGISTRATE JUDGE