**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT PRESLEY, et al., <br><br> Defendants. | Case No.: 1:20-cv-00620 NONE JLT <br><br> ORDER TO THE PLAINTIFF TO SHOW CAUSE WHY THE UNSERVED DEFENDANTS SHOULD NOT DISMISSED; ORDER CONTINUING SCHEDULING CONFERENCE |

The plaintiff filed this action on April 30, 2020 (Doc. 1). The same day, the Court issued the summonses (Doc. 4) and the order setting the mandatory scheduling conference (Doc. 3). By July 13, 2020, the plaintiff had returned only one executed summons (Doc. 5).

Consequently, the Court continued the scheduling conference to allow service on the remaining defendants and reminded the plaintiff of the requirements of Rule 4(m) and the "Order Setting Mandatory Scheduling Conference" (Doc. 3.) (Doc. 6) Since that time, the plaintiff filed proofs of service to two more defendants. (Docs. 8, 9) Plaintiff has not filed proofs of service as to Robert Presley or Healing My People Services. Therefore, the Court **ORDERS**:

1. Within 14 days the plaintiff **SHALL** show cause in writing why the unserved defendants should not be dismissed. Fed.R.Civ.P. 4(m);

///

///

1

2.      The scheduling conference is **CONTINUED** to December 17, 2020 at 8:30 a.m.

IT IS SO ORDERED.

   Dated:   **August 25, 2020**                          **/s/ Jennifer L. Thurston**
                                                      UNITED STATES MAGISTRATE JUDGE

2