1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

11

NATIONSTAR MORTGAGE LLC.,

Case No.: 1:20-cv-00620 NONE JLT

12

Plaintiff,

ORDER DISCHARGING ORDER TO SHOW CAUSE (Doc. 23)

13

v.

14

ROBERT PRESLEY, et al.,

15

Defendants.

16     The Court ordered the plaintiff to show cause why the unserved defendants, Robert Presley and

17 Healing My People Services, should not be dismissed for the failure to file proofs of service. (Doc. 23)

18 The plaintiff has responded and detailed the diligent attempt to serve these defendants. Id.  Therefore,

19 the Court **ORDERS**:

20     1.     The order to show cause is **DISCHARGED**;

21     2.     **No later than October 16, 2020**, the plaintiff **SHALL** file proof of service to

22 defendants, Robert Presley and Healing My People Services. Alternatively, the plaintiff may file a

23 request to serve these defendants by publication.

24

25 IT IS SO ORDERED.

26     Dated:   **September 8, 2020**            **/s/ Jennifer L. Thurston**

27                                              UNITED STATES MAGISTRATE JUDGE

28