UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>ROBERT PRESLEY, et al.,<br><br>  Defendants. | Case No.: 1:20-cv-00620-JLT-BAK (SKO)<br><br>ORDER DISMISSING DEFENDANT JOE MCHANEY WITHOUT PREJUDICE<br><br>(Doc. 61) |

Plaintiff filed a notice of voluntary dismissal without prejudice of Defendant Joe McHaney only from the first amended complaint pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(i). (Doc. 61). Accordingly, Defendant Joe McHaney is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(i). The Clerk of the Court is directed to terminate Defendant Joe McHaney.

IT IS SO ORDERED.

Dated: **June 8, 2022**              /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE