# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC, | Case No. 1:20-cv-00620-JLT-CDB |
| Plaintiff, | ORDER GRANTING MOTION FOR AN EXTENSION OF TIME TO FILE A MOTION FOR DEFAULT JUDGMENT |
| v. | |
| ROBERT PRESLEY, *et al*. | (ECF No. 65) |
| Defendants. | |

On July 27, 2022, this Court issued an Order requiring Plaintiff to file either a motion for default judgment, or a notice of voluntary dismissal, by no later than October 25, 2022. (ECF No 63). On October 21, 2022, Plaintiff filed a Motion for 18-Day Extension of Time to File a Motion for Default Judgment. (ECF No. 65). On October 24, 2022, this Court issued an Order allowing Defendants until 9:00 a.m., October 25, 2022, to consent and/or respond to Plaintiff's Motion. (ECF No. 66). Defendants did not consent and/or respond to Plaintiff's Motion. Based on the Plaintiff's representation in their Motion, the Court finds good cause exists to grant Plaintiff's request.

Accordingly, IT IS HEREBY ORDERED:

1. Plaintiff's Motion for an Extension of Time to File a Motion for Default Judgment is GRANTED; and

1

2. Plaintiff will have until November 11, 2022, to file a Motion for Default Judgment.

IT IS SO ORDERED.

Dated:   **October 25, 2022**

UNITED STATES MAGISTRATE JUDGE